**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

IN RE APPLICATION OF DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT,

Petitioner,

v.

PARDEEP KUMAR

Respondent.

CIVIL ACTION NO. 19-cv-1549

**EMERGENCY ORDER**

IT IS HEREBY ORDERED that Immigration and Customs Enforcement ("ICE") and the Public Health Service, Division of Immigration Health Services Corps., through competent medical authority, is authorized to provide involuntary nutrition through the use of nasal gastric tubes for PARDEEP KUMAR ("Respondent") and involuntary medical examinations of Respondent which would include blood draws, weigh-ins and monitoring of vital signs;

IT IS FURTHER ORDERED that ICE, acting through competent medical authority, is authorized to restrain Respondent if he resists efforts to administer nutrition, draw blood, be weighed, monitor vital signs and submit to routine medical examinations;

Signed this 26th day of MARCH, 2020 in Alexandria, Louisiana.

UNITED STATES DISTRICT COURT JUDGE