**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIVIL ACTION NO: 19-CV-01549** |
| **VERSUS** | **JUDGE DEE DRELL** |
| **PARDEEP KUMAR** | **MAG. JUDGE JOSEPH PEREZ-MONTES** |

## ORDER

THIS COURT HAVING CONSIDERED the *Ex Parte* Motion to Transfer Venue filed by the United States of America and for the reasons stated therein,

IT IS HEREBY ORDERED that the motion is **GRANTED.**

IT IS FURTHER ORDERED that venue of this action is transferred to the Southern District of Florida.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 8th day of May, 2020.

HONORABLE DEE D. DRELL
UNITED STATES DISTRICT JUDGE